NO. 07-07-0464-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 3, 2008
_____

O. C. HAWLEY, III, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

NO. 07-02-6354; HONORABLE HAROLD PHELAN, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ABATEMENT AND REMAND**

Following a plea of not guilty, Appellant, O. C. Hawley, III, was convicted by the trial court of burglary of a habitation, enhanced, and sentenced to forty years confinement. Appellant timely filed a notice of appeal challenging his conviction. The clerk's record filed on December 27, 2007, contains the Trial Court's Certification of Defendant's Right of

Appeal. The form, however, is not signed by Appellant as required by Rule 25.2(d) of the Texas Rules of Appellate Procedure.[1]

Consequently, we abate this appeal and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall utilize whatever means necessary to secure a Certification of Defendant's Right of Appeal in compliance with Rule 25.2(d). Once properly executed, the certification shall be included in a supplemental clerk's record and filed with this Court on or before February 4, 2008.

It is so ordered.

Per Curiam

Do not publish.

---

[1]Rule 25.2(d) was amended to require that a defendant sign the certification and receive a copy. The amendment became effective September 1, 2007.